**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2111**

TIMOTHY A. JOHNSON,

        Plaintiff - Appellant,

    v.

VIBEKE O. DANKWA, M.D., Medical Doctor/Primary Care Physician; NURSE BERNARD SHAFFER, Registered Nurse; UNITED STATES OF AMERICA; EMPLOYEES OF THE UNITED STATES; FEDERAL BUREAU OF PRISONS; FCI MORGANTOWN MEDICAL FACILITY,

        Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, District Judge. (3:20-cv-00157-GMG)

Submitted: March 16, 2023                    Decided: March 20, 2023

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy A. Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy A. Johnson appeals the district court's order dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), for his failure to appear for his noticed depositions. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Johnson v. Dankwa*, No. 3:20-cv-00157-GMG (N.D.W. Va. Oct. 19, 2022). We also deny Johnson's pending motion "for consideration of motion . . . filed with the trial court based on new evidence." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*